UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

      Plaintiff

v.                                    Case No. 25-MJ-30073
                                       Originating No.  25-18

**HAIDAR ABO AYEDH ALMUNTASER**

      Defendant.
_____/

## GOVERNMENT'S PETITION FOR TRANSFER OF DEFENDANT TO ANOTHER DISTRICT AND SUPPORTING BRIEF

Pursuant to Rule 5(c)(3)(D) of the Federal Rules of Criminal Procedure, the United States of America hereby petitions the Court for an order transferring defendant **HAIDAR ABO AYEDH ALMUNTASER** to answer to charges pending in another federal district, and states:

1. On **February 14, 2025,** defendant was arrested in the Eastern District Michigan in connection with a federal arrest warrant issued in the **Southern District of Alabama based on an Indictment**.  Defendant is charged in that district with violations of **18 USC Sections 1956(h), 1956(a)(2)(A) and 8 USC Section 1324(a)(1)(A)(v)(I) – Money Laundering Conspiracy, International Money Laundering and Encourage/Induce Alien to Illegally enter the United States.**

2.  Rule 5 requires this Court to determine whether defendant is the person named in the arrest warrant and is entitled to a preliminary examination as described in Paragraph One above.  *See* Fed. R. Crim. P. 5(c)(3)(D)(ii).

WHEREFORE, the government requests this Court to conduct transfer proceedings in accordance with Rule 5 of the Federal Rules of Criminal Procedure.

Respectfully submitted,

JULIE BECK
Acting United States Attorney

*s/Eric Straus*
ERIC STRAUS
Assistant U.S. Attorney
211 W. Fort Street, Suite 2001
Detroit, MI 48226
(313) 226-9100

Dated: February 14, 2025